# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MULCAHY, TIMOTHY R. | § | Case No. 10-07991 |
| MULCAHY, KATHERINE A. | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 251,578.75
*(Without deducting any secured claims)*

Assets Exempt: 16,124.55

Total Distributions to Claimants:  19,997.73

Claims Discharged
Without Payment:  308,087.92

Total Expenses of Administration:  25,061.22

---

3) Total gross receipts of $ 45,058.95  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 45,058.95  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 300,456.72 | $ 747.00 | $ 747.00 | $ 747.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 25,282.72 | 25,061.22 | 25,061.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 313,953.12 | 112,960.18 | 112,960.18 | 19,250.73 |
| **TOTAL DISBURSEMENTS** | $ 614,409.84 | $ 138,989.90 | $ 138,768.40 | $ 45,058.95 |

4) This case was originally filed under chapter 7 on 02/26/2010 . The case was pending for 52 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/16/2014 _____   By:/s/Joseph A. Baldi _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Other Litigation/Settlements | 1249-000 | 0.45 |
| Bansley & Keiner receipts | 1249-000 | 45,058.35 |
| Post-Petition Interest Deposits | 1270-000 | 0.15 |
| TOTAL GROSS RECEIPTS | | $45,058.95 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American General Finance 8729 S. Cicero Avenue Hometown, IL 60456-1018 | | 1,273.75 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carrington Mortgage Service LLC P.O. Box 54285 Irvine, CA 92619-4285 | | 275,297.44 | NA | NA | 0.00 |
| | Ford Motor Credit Customer Service Center P.O. Box 542000 Omaha, NE 68154-8000 | | 23,885.53 | NA | NA | 0.00 |
| | DEPARTMENT OF THE TREASURY | 4800-000 | NA | 250.00 | 250.00 | 250.00 |
| | ILLINOIS DEPT. OF REVENUE | 4800-000 | NA | 497.00 | 497.00 | 497.00 |
| TOTAL SECURED CLAIMS | | | $ 300,456.72 | $ 747.00 | $ 747.00 | $ 747.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | 2100-000 | NA | 5,255.90 | 5,255.90 | 5,255.90 |
| JOSEPH A. BALDI, TRUSTEE | 2200-000 | NA | 42.22 | 42.22 | 42.22 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 44.82 | 44.82 | 44.82 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 26.85 | 26.85 | 26.85 |
| Associated Bank | 2600-000 | NA | 25.66 | 25.66 | 25.66 |
| Bank of America, N.A. | 2600-000 | NA | 2.23 | 2.23 | 2.23 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America, N.A. | 2600-000 | NA | 7.34 | 7.34 | 7.34 |
| CONGRESSIONAL BANK | 2600-000 | NA | 31.66 | 31.66 | 31.66 |
| CONGRESSIONAL BANK | 2600-000 | NA | 36.89 | 36.89 | 36.89 |
| CONGRESSIONAL BANK | 2600-000 | NA | 37.66 | 37.66 | 37.66 |
| CONGRESSIONAL BANK | 2600-000 | NA | 40.72 | 40.72 | 40.72 |
| CONGRESSIONAL BANK | 2600-000 | NA | 40.92 | 40.92 | 40.92 |
| CONGRESSIONAL BANK | 2600-000 | NA | 44.35 | 44.35 | 44.35 |
| CONGRESSIONAL BANK | 2600-000 | NA | 44.36 | 44.36 | 44.36 |
| CONGRESSIONAL BANK | 2600-000 | NA | 42.89 | 42.89 | 42.89 |
| CONGRESSIONAL BANK | 2600-000 | NA | 44.27 | 44.27 | 44.27 |
| CONGRESSIONAL BANK | 2600-000 | NA | 44.58 | 44.58 | 44.58 |
| BALDI BERG | 3110-000 | NA | 18,088.00 | 17,866.50 | 17,866.50 |
| BALDI BERG | 3120-000 | NA | 82.90 | 82.90 | 82.90 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 1,298.50 | 1,298.50 | 1,298.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 25,282.72 | $ 25,061.22 | $ 25,061.22 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amalgamated Bank of Chicago Loan Processing Center One West Monroe Chicago, IL 60603 | | 9,033.82 | NA | NA | 0.00 |
| | Capital One P.O. Box 30281 Salt Lake City, UT 84130-0281 | | 2,042.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One P.O. Box 30281 Salt Lake City, UT 84130-0281 | | 1,442.00 | NA | NA | 0.00 |
| | Capital One P.O. Box 30281 Salt Lake City, UT 84130-0281 | | 9,881.00 | NA | NA | 0.00 |
| | Capital One P.O. Box 30281 Salt Lake City, UT 84130-0281 | | 9,530.00 | NA | NA | 0.00 |
| | Capital One P.O. Box 30281 Salt Lake City, UT 84130-0281 | | 1,678.00 | NA | NA | 0.00 |
| | Carson Pirie Scott/HSBC P.O. Box 15521 Wilmington, DE 19805 | | 1,211.00 | NA | NA | 0.00 |
| | Caryl Cummings 10113 S. Karlov Avenue Oak Lawn, IL 60453 | | 33,200.00 | NA | NA | 0.00 |
| | Cindy and Greg Harper 10457 Penny Lane Frankfort, IL 60423 | | 30,000.00 | NA | NA | 0.00 |
| | Citi Cards SD N.A. P.O. Box 6500 c/o Citi Corp Sioux Falls, SD 57117-6500 | | 10,259.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Financial 300 Saint Paul Street BSP13A Baltimore, MD 21202-2120 | | 2,680.43 | NA | NA | 0.00 |
| | Citibank SD P.O. Box 6241 Sioux Falls, SD 57117-6241 | | 3,310.00 | NA | NA | 0.00 |
| | Courtney and Dave Knott 1019 Mountain View Drive Joliet, IL 60432 | | 5,000.00 | NA | NA | 0.00 |
| | Dell Business Credit Payment Processing Center P.O. Box 5275 Carol Stream, IL 60197-5275 | | 3,705.22 | NA | NA | 0.00 |
| | Kate Mulcahy 10405 S. Laporte Avenue Oak Lawn, IL 60453 | | 1,770.00 | NA | NA | 0.00 |
| | Katie and Tim Mulcahy 421 N. Catherine Avenue La Grange Park, IL 60526 | | 69,908.00 | NA | NA | 0.00 |
| | Mary and Jack Wright 1342 Western Avenue Flossmoor, IL 60422 | | 5,000.00 | NA | NA | 0.00 |
| | U.S. Department of Education Direct Loans P.O. Box 7202 Utica, NY 13504-7202 | | 267.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | U.S. Department of Education Direct Loans P.O. Box 7202 Utica, NY 13504-7202 | | 633.00 | NA | NA | 0.00 |
| | Wells Fargo Financial 800 Walnut Street Des Moines, IA 50309-3605 | | 1,369.00 | NA | NA | 0.00 |
| | Wells Fargo Financial 800 Walnut Street Des Moines, IA 50309-3605 | | 509.00 | NA | NA | 0.00 |
| | Wells Fargo Financial 800 Walnut Street Des Moines, IA 50309-3605 | | 598.00 | NA | NA | 0.00 |
| | Wells Fargo Financial 800 Walnut Street Des Moines, IA 50309-3605 | | 734.00 | NA | NA | 0.00 |
| | Xpress Loan Servicing/EFR 1500 W. 3rd Street Suite 125 Cleveland, OH 44113-1422 | | 10,618.00 | NA | NA | 0.00 |
| 000002 | ATLAS ACQUISITIONS LLC (HOUSEHOLD B | 7100-000 | 16,348.72 | 16,348.72 | 16,348.72 | 2,786.16 |
| 000003 | CAPITAL RECOVERY III LLC | 7100-000 | 4,591.00 | 4,688.04 | 4,688.04 | 798.94 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | CAPITAL RECOVERY III LLC | 7100-000 | 1,251.17 | 1,286.49 | 1,286.49 | 219.24 |
| 000005 | CAPITAL RECOVERY III LLC | 7100-000 | 2,853.00 | 2,872.08 | 2,872.08 | 489.46 |
| 000001 | FORD MOTOR CREDIT COMPANY LLC | 7100-000 | NA | 4,851.93 | 4,851.93 | 826.87 |
| 000010 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 17,788.56 | 17,788.56 | 17,788.56 | 3,031.54 |
| 000008 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | 2,804.73 | 2,804.73 | 2,804.73 | 477.98 |
| 000006 | SALLIE MAE | 7100-000 | 4,241.47 | 2,743.77 | 2,743.77 | 467.59 |
| 000007 | SALLIE MAE | 7100-000 | 29,877.00 | 33,915.20 | 33,915.20 | 5,779.85 |
| 000009 | U.S. DEPARTMENT OF EDUCATION | 7100-000 | 19,819.00 | 25,660.66 | 25,660.66 | 4,373.10 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 313,953.12 | $ 112,960.18 | $ 112,960.18 | $ 19,250.73 |

Page: 1
Exhibit 8

Ver. 18.00

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No.: 10-07991       Judge: Eugene R. Wedoff
Case Name: MULCAHY, TIMOTHY R.
MULCAHY, KATHERINE A.
For Period Ending: 06/16/14

Trustee Name: Joseph A. Baldi
Date Filed (f) or Converted (c): 02/26/10 (f)
341(a) Meeting Date: 04/02/10
Claims Bar Date: 04/10/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 10405 S. LaPorte Avenue Oak Lawn, Illinois 60-4543 | 225,600.00 | 0.00 | | 0.00 | FA |
| 2. 10405 S. Laporte Avenue Oak Lawn, IL 60453 | 800.00 | 0.00 | | 0.00 | FA |
| 3. Standard Bank and Trust Company Customer Service 7 | 100.00 | 0.00 | | 0.00 | FA |
| 4. Oak Lawn-Hometown Dist. 123 Credit Union 4201 West | 100.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous household goods and furnishings 1040 | 250.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous wearing apparel 10405 S. Laporte Ave | 250.00 | 0.00 | | 0.00 | FA |
| 7. Minnesota Mutual Life Insurance Company 400 Robert | 1,723.30 | 0.00 | | 0.00 | FA |
| 8. Globe Life and Accident Insurance Company P.O. Box | 0.00 | 0.00 | | 0.00 | FA |
| 9. 401(B) Retirement Account Account No. 8120 | 10,275.00 | 0.00 | | 0.00 | FA |
| 10. Claim in Neumann Homes bankruptcy proceeding Trustee filed a claim in the bankruptcy estate of Neumann Homes and said claim was disallowed | 6,580.00 | 0.00 | | 0.00 | FA |
| 11. 2004 Hyundai Elantra GLS Sedan 4D 10405 S. LaPorte | 2,600.00 | 0.00 | | 0.00 | FA |
| 12. 2009 Ford Escape XLT Sport Utility 4D 10405 S. LaP | 18,125.00 | 0.00 | | 0.00 | FA |
| 13. 2001 Hyndai Elantra GLS Sedan 4D 10405 S. LaPorte | 1,300.00 | 0.00 | | 0.00 | FA |
| 14. Bansley & Keiner receipts (u) annuity of $1752 per month payable to estate till 2013. Last payment made June, 2013. Trustee pursued turnover from Debtors of post-petition payments made directly to Debtor, pursuant to settlement order 11/6/13. Trustee received $3,000 from Debtors in full settlement of post-petition payments made to Debtors and net of any exemption | 70,098.00 | 45,058.00 | | 45,058.80 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.15 | Unknown |
| 16. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)        $337,801.30        $45,058.00        $45,058.95

Gross Value of Remaining Assets        $0.00

LFORM1    UST Form 101-7-TDR (5/1/2011) (Page: 11)

Ver. 18.00

Page:   2
Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:        10-07791        Judge: Eugene R. Wedoff
Case Name:      MULCAHY, TIMOTHY R.
                MULCAHY, KATHERINE A.

Trustee Name:                              Joseph A. Baldi
Date Filed (f) or Converted (c):           02/26/10 (f)
341(a) Meeting Date:                       04/02/10
Claims Bar Date:                           04/10/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor received deferred compensation under a partnership agreement; Trustee investigated the estate's interest in the deferred compensation; Trustee reviewed and determined partnership payments due and payable to debtor was property of estate and not exempt retirement fund.  Debtor claimed wage deduction exemption, trustee objected and after trial, the Court disallowed Debtors' exemption claim.  Trustee received monthly payments from former employer, final payment made June 2013.  Trustee made demand on debtor to turn over payments received post petition;Trustee filed motion for turnover and court entered order in October 2012 directing Debtors to turnover funds.  Debtor responded that they were unable to repy amounts collected post-petition.  Trustee settled with Debtors and pursuant to Court order dated November 2013, Trustee received $3,000 in full settlement of deferred compensation post-petition paid to Debtors; Trustee attended to

Estate tax obligations; prepared TFR

Initial Projected Date of Final Report (TFR): 09/30/12        Current Projected Date of Final Report (TFR): 03/01/14

LFORM1        UST Form 101-7-TDR (5/1/2011) (Page: 12)

Page: 1
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          10-07791 -ERW
Case Name:        MULCAHY, TIMOTHY R.
                  MULCAHY, KATHERINE A.
Taxpayer ID No:   ******5933
For Period Ending: 06/16/14

Trustee Name:           Joseph A. Baldi
Bank Name:              Associated Bank
Account Number / CD #:  ******6735  Checking Account
Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank Associated Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 44,604.54 | | 44,604.54 |
| 01/08/14 | | | BANK SERVICE FEE | 2600-000 | | 25.66 | 44,578.88 |
| 01/24/14 | 003001 | ILLINOIS DEPT'. OF REVENUE P.O BOX 19053 SPRINGFIELD, IL 62794-9053 | 2012 STATE INCOME TAX - IL FEIN: 30-6289933 | 4800-000 | | 497.00 | 44,081.88 |
| 01/24/14 | 003002 | UNITED STATES TREASURY INTERNAL REVENUE SERVICE CENTER CINCINNATI, OH 45999-0148 | 2012 FEDERAL INCOME TAX EIN: 30-6289933 2012 Form 1041 | 4800-000 | | 250.00 | 43,831.88 |
| 02/05/14 | 003003 | International Sureties 701 Poydras Street #420 New Orleans, LA 70139 | Bond Premium Payment Annual premium payment | 2300-000 | | 35.13 | 43,796.75 |
| 03/27/14 | 003004 | Joseph A. Baldi, Trustee | Trustee Compensation | 2100-000 | | 5,255.90 | 38,540.85 |
| 03/27/14 | 003005 | Joseph A. Baldi, Trustee | Trustee Compensation | 2200-000 | | 42.22 | 38,498.63 |
| 03/27/14 | 003006 | Baldi Berg | Attorney for Trustee Fees (Trustee | 3110-000 | | 17,866.50 | 20,632.13 |
| 03/27/14 | 003007 | Baldi Berg | Attorney for Trustee Expenses (Trus | 3120-000 | | 82.90 | 20,549.23 |
| 03/27/14 | 003008 | Popower Katten, Ltd. | Accountant for Trustee Fees (Other | 3410-000 | | 1,298.50 | 19,250.73 |
| 03/27/14 | 003009 | Ford Motor Credit Company LLC P O Box 6275 Dearborn, MI 48121 | Claim 000001, Payment 17.04208% | 7100-000 | | 826.87 | 18,423.86 |
| 03/27/14 | 003010 | Atlas Acquisitions LLC (HOUSEHOLD BANK) 294 Union St. Hackensack, NJ 07601 | Claim 000002, Payment 17.04207% | 7100-000 | | 2,786.16 | 15,637.70 |
| 03/27/14 | 003011 | Capital Recovery III LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Claim 000003, Payment 17.04209% | 7100-000 | | 798.94 | 14,838.76 |
| 03/27/14 | 003012 | Capital Recovery III LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Claim 000004, Payment 17.04172% | 7100-000 | | 219.24 | 14,619.52 |

Ver: 18.00

Page: 2

Exhibit 9

Ver: 18.00

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:            10-07991 - ERW
Case Name:       MULCAHY, TIMOTHY R.
MULCAHY, KATHERINE A.

Taxpayer ID No:   ********9933
For Period Ending   06/16/14

Trustee Name:             Joseph A. Baldi
Bank Name:                 Associated Bank
Account Number / CD #:   *******6735  Checking Account
Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/27/14 | 003013 | Capital Recovery III LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Claim 000005, Payment 17.04200% | 7100-000 | | 489.46 | 14,130.06 |
| 03/27/14 | 003014 | Sallie Mae c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | Claim 000006, Payment 17.04188% | 7100-000 | | 467.59 | 13,662.47 |
| 03/27/14 | 003015 | Sallie Mae c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | Claim 000007, Payment 17.04206% | 7100-000 | | 5,779.85 | 7,882.62 |
| 03/27/14 | 003016 | PYOD LLC its successors and assigns as assignee of Citibank, NA, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Claim 000008, Payment 17.04193% | 7100-000 | | 477.98 | 7,404.64 |
| 03/27/14 | 003017 | U.S. Department of Education Direct Loans P.O. Box 5609 Greenville, TX 75403 | Claim 000009, Payment 17.04204% Check deposited by USDOE and then refunded. | 7100-000 | | 4,373.10 | 3,031.54 |
| 03/27/14 | 003018 | Portfolio Recovery Associates, LLC c/o Household F POB 41067 Norfolk VA 23541 | Claim 000010, Payment 17.04208% | 7100-000 | | 3,031.54 | 0.00 |
| 05/27/14 | | UNITED STATES TREASURY KANSAS CITY, MO U.S. DEPARTMENT OF EDUCATION | FEDERAL STUDENT LOAN REFUND  Memo Amount:        4,373.10 refund of final distribution check | 7100-000 | 4,373.10 | | 4,373.10 |
| 05/28/14 | 003019 | U.S. Department of Education/Mohela 633 Spirit Dr. Chesterfield, MO  63005 | FINAL DISTRIBUTION Claim 000009, Payment 17.04204% re-issue to new address for USDOE servicer-Mohela | 7100-000 | | 4,373.10 | 0.00 |

Page: 3

Exhibit 9

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-07791 -ERW | | Trustee Name: | Joseph A. Baldi |
| Case Name: | MULCAHY, TIMOTHY R. | | Bank Name: | Associated Bank |
| | MULCAHY, KATHERINE A. | | Account Number / CD #: | ******6735 Checking Account |
| Taxpayer ID No: | ******9933 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 06/16/14 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account ******6735

| | | | Balance Forward | | | | 48,951.98 |
| | | | 1 Deposits | | 4,373.10 | | 25.66 |
| | | | 0 Interest Postings | | 0.00 | | 0.00 |
| | | | Subtotal | $ | 4,373.10 | | $ 48,977.64 |
| | | | 0 Adjustments In | | 0.00 | | |
| | | | 1 Transfers In | | 44,604.54 | | |
| | | | Total | $ | 48,977.64 | | |

| | | | | | | 19 Checks | |
| | | | | | | 1 Adjustments Out | |
| | | | | | | 0 Transfers Out | |
| | | | | | | Total | |

Memo Allocation Receipts:        4,373.10
Memo Allocation Disbursements:        0.00

Memo Allocation Net:        4,373.10

Ver: 18.00

Page: 4
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-07991 -ERW
Case Name: MULCAHY, TIMOTHY R.
MULCAHY, KATHERINE A.
Taxpayer ID No: *******9933
For Period Ending: 06/16/14

Trustee Name: Joseph A. Baldi
Bank Name: Bank of America, N.A.
Account Number / CD #: *******7233 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/01/11 | 14 | BANSLEY AND KIENER, LLP 8745 W. Higgins Road Suite 200 Chicago, Il 60631 | INTEREST IN PARTNERSHIP | 1249-000 | 1,752.45 | | 1,752.45 |
| 08/31/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,752.46 |
| 09/30/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,752.47 |
| 10/31/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,752.48 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 2.23 | 1,750.25 |
| 11/02/11 | 14 | BANSLEY AND KIENER, LLP 8745 W. Higgins Road Suite 200 Chicago, Il 60631 | INTEREST IN PARTNERSHIP | 1249-000 | 5,257.35 | | 7,007.60 |
| 11/30/11 | 14 | BANSLEY AND KIENER, LLP 8745 W. Higgins Road Suite 200 Chicago, Il 60631 | INTEREST IN PARTNERSHIP | 1249-000 | 1,752.45 | | 8,760.05 |
| 11/30/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 8,760.10 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.34 | 8,752.76 |
| 12/29/11 | 15 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 8,752.83 |
| 12/29/11 | | Transfer to Acct #*******2749 | Bank Funds Transfer | 9999-000 | | 8,752.83 | 0.00 |

Ver: 18.00

LFORM27 UST Form 101-7-TDR (5/1/2011) (Page: 16)

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 10-07791 -ERW |
| Case Name: | MULCAHY, TIMOTHY R. |
| | MULCAHY, KATHERINE A. |
| Taxpayer ID No: | *******9933 |
| For Period Ending: | 06/16/14 |

| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******7233 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Account *******7233 | | | | | |
| | | | Balance Forward | | | | | 0.00 |
| | | | Deposits | 3 | | 8,762.25 | 0 Checks | 9.57 |
| | | | Interest Postings | 5 | | 0.15 | 2 Adjustments Out | 8,752.83 |
| | | | | | | | 1 Transfers Out | |
| | | | Subtotal | | $ | 8,762.40 | Total | $ 8,762.40 |
| | | | Adjustments In | 0 | | 0.00 | | |
| | | | Transfers In | 0 | | 0.00 | | |
| | | | Total | | $ | 8,762.40 | | |

| Memo Allocation Receipts: | 0.00 |
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | - 0.00 |

Ver: 18.00

Page:   6
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 10-07791 -ERW | |
| Case Name: | MULCAHY, TIMOTHY R. | |
| | MULCAHY, KATHERINE A. | |
| Taxpayer ID No: | *******9933 | |
| For Period Ending | 06/16/14 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | ******2749  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | 9999-000 | | | 0.00 |
| 12/29/11 | | Transfer from Acct#*******7233 | Bank Funds Transfer | 9999-000 | 8,752.83 | | 8,752.83 |
| 01/04/12 | 14 | BANSLEY AND KIENER, LLP 8745 W. Higgins Road Suite 200 Chicago, Il 60631 | INTEREST IN PARTNERSHIP | 1249-000 | 1,752.45 | | 10,505.28 |
| 02/02/12 | 14 | BANSLEY AND KIENER, LLP 8745 W. Higgins Road Suite 200 Chicago, Il 60631 | INTEREST IN PARTNERSHIP Deposit initially posted as $1,752.00-actual deposit was for 1752.45 | 1249-000 | 1,752.00 | | 12,257.28 |
| 02/02/12 | 14 | BANSLEY & KIENER | INTEREST IN PARTNERSHIP Adjustment to correct deposit amount--Deposit 2 incorrectly entered as $1,752.00, actual deposit amount is $1,752.45 | 1249-000 | 0.45 | | 12,257.73 |
| 02/07/12 | 001001 | International Sureties 701 Poydras Street #420 New Orleans, LA 70139 | TRUSTEE BOND NO. 016026455 | 2300-000 | | 9.69 | 12,248.04 |
| 03/01/12 | 14 | BANSLEY AND KIENER, LLP 8745 W. Higgins Road Suite 200 Chicago, Il 60631 | SETTLEMENT | 1249-000 | 1,752.45 | | 14,000.49 |
| 04/02/12 | 14 | BANSLEY AND KIENER, LLP 8745 W. Higgins Road Suite 200 Chicago, Il 60631 | SETTLEMENT | 1249-000 | 1,752.45 | | 15,752.94 |
| 05/03/12 | 14 | BANSLEY AND KIENER, LLP 8745 W. Higgins Road Suite 200 Chicago, Il 60631 | SETTLEMENT | 1249-000 | 1,752.45 | | 17,505.39 |
| 06/04/12 | 14 | BANSLEY AND KIENER, LLP 8745 W. Higgins Road Suite 200 Chicago, Il 60631 | SETTLEMENT | 1249-000 | 1,752.45 | | 19,257.84 |

Page.   7
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:              10-07991 - ERW
Case Name:            MULCAHY, TIMOTHY R.
                      MULCAHY, KATHERINE A.
Taxpayer ID No:       *******9933
For Period Ending:    06/16/14

Trustee Name:         Joseph A. Baldi
Bank Name:            Congressional Bank
Account Number / CD #: *******2749 Checking Account (Non-Interest Earn
Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/06/12 | 14 | BANSLEY AND KIENER, LLP 8745 W. Higgins Road Suite 200 Chicago, Il 60631 | SETTLEMENT | 1249-000 | 1,752.45 | | 21,010.29 |
| 08/07/12 | 14 | BANSLEY AND KIENER, LLP 8745 W. Higgins Road Suite 200 Chicago, Il 60631 | SETTLEMENT | 1249-000 | 1,752.45 | | 22,762.74 |
| 09/04/12 | 14 | BANSLEY AND KIENER, LLP 8745 W. Higgins Road Suite 200 Chicago, Il 60631 | SETTLEMENT | 1249-000 | 1,752.45 | | 24,515.19 |
| 10/01/12 | 14 | BANSLEY AND KIENER, LLP 8745 W. Higgins Road Suite 200 Chicago, Il 60631 | SETTLEMENT | 1249-000 | 1,752.45 | | 26,267.64 |
| 11/01/12 | 14 | BANSLEY AND KIENER, LLP 8745 W. Higgins Road Suite 200 Chicago, Il 60631 | SETTLEMENT | 1249-000 | 1,752.45 | | 28,020.09 |
| 12/03/12 | 14 | BANSLEY AND KIENER, LLP 8745 W. Higgins Road Suite 200 Chicago, Il 60631 | SETTLEMENT | 1249-000 | 1,752.45 | | 29,772.54 |
| 01/03/13 | 14 | BANSLEY AND KIENER, LLP 8745 W. Higgins Road Suite 200 Chicago, Il 60631 | SETTLEMENT | 1249-000 | 1,752.45 | | 31,524.99 |
| 02/04/13 | 14 | BANSLEY AND KIENER, LLP 8745 W. Higgins Road Suite 200 Chicago, Il 60631 | SETTLEMENT | 1249-000 | 1,752.45 | | 33,277.44 |

Ver: 18.00

Page:  8

Exhibit 9

Ver: 18.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-07791 -ERW |
| Case Name: | MULCAHY, TIMOTHY R. |
| | MULCAHY, KATHERINE A. |
| Taxpayer ID No: | *******9933 |
| For Period Ending: | 06/16/14 |

| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2749 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/13 | 001002 | International Sureties 701 Poydras Street #420 New Orleans, LA 70139 | Bond Premium Payment BOND # 016026455 | 2300-000 | | 26.85 | 33,250.59 |
| 03/04/13 | 14 | BANSLEY AND KIENER, LLP 8745 W. Higgins Road Suite 200 Chicago, Il 60631 | SETTLEMENT | 1249-000 | 1,752.45 | | 35,003.04 |
| * 03/11/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. –JMM 4.10.13 | 2600-003 | 31.66 | | 35,034.70 |
| 03/11/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. –JMM 4.10.13 | 2600-000 | | 31.66 | 35,003.04 |
| 04/01/13 | 14 | BANSLEY AND KIENER, LLP 8745 W. Higgins Road Suite 200 Chicago, Il 60631 | SETTLEMENT | 1249-000 | 1,752.45 | | 36,755.49 |
| * 04/10/13 | | Reverses Adjustment IN on 03/11/13 | Monthly Bank Service Fee Supposed to be a subtraction, not an addition. –JMM 4.10.13 | 2600-003 | -31.66 | | 36,723.83 |
| 04/22/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 | Monthly Bank Service Fee | 2600-000 | | 36.89 | 36,686.94 |

8745 W. Higgins Road Suite 200 Chicago, Il 60651

Page: 9

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        10-07791 -ERW
Case Name:   MULCAHY, TIMOTHY R.
                      MULCAHY, KATHERINE A.

Taxpayer ID No:  *******9933
For Period Ending:  06/16/14

Trustee Name:   Joseph A. Baldi
Bank Name:       Congressional Bank
Account Number / CD #:  *******2749 Checking Account (Non-Interest Earn

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/01/13 | 14 | BANSLEY AND KIENER, LLP 8745 W. Higgins Road Suite 200 Chicago, Il 60631 | SETTLEMENT | 1249-000 | 1,752.45 | | 38,439.39 |
| 05/22/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 -JMM | 2600-000 | | 37.66 | 38,401.73 |
| 06/04/13 | 14 | BANSLEY AND KIENER, LLP 8745 W. Higgins Road Suite 200 Chicago, Il 60631 | Annuity | 1249-000 | 1,752.45 | | 40,154.18 |
| 06/09/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee The date of adjustment 6/9/13 actually occurred on 6/4/13 but TCMS will not allow us to back date it more than 30 days. Therefore, I used the 6/9/13 as the date of adjustment. --JMM 7.9.13 | 2600-000 | | 40.72 | 40,113.46 |
| 07/01/13 | 14 | BANSLEY AND KIENER, LLP 8745 W. Higgins Road Suite 200 Chicago, Il 60631 | SETTLEMENT | 1249-000 | 1,752.45 | | 41,865.91 |
| 07/05/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 40.92 | 41,824.99 |
| 08/05/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 44.35 | 41,780.64 |
| 09/11/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 44.36 | 41,736.28 |

Ver: 18.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  10
Exhibit 9

Case No:  10-07991 -ERW
Case Name:  MULCAHY, TIMOTHY R.
MULCAHY, KATHERINE A.
Taxpayer ID No:  *******9933
For Period Ending:  06/16/14

Trustee Name:  Joseph A. Baldi
Bank Name:  Congressional Bank
Account Number / CD #:  *******2749  Checking Account (Non-Interest Earn
Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Bethesda, MD 20817 | | | | | |
| 10/03/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 42.89 | 41,693.39 |
| 11/05/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 44.27 | 41,649.12 |
| 11/15/13 | 14 | TIMOTHY MULCAHY 2461 Saddle Ridge Drive Joliet, IL | SETTLEMENT W/ DEBTORS | 1249-000 | 3,000.00 | | 44,649.12 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 44.58 | 44,604.54 |
| 12/20/13 | | Trst To Associated Bank | FINAL TRANSFER | 9999-000 | | 44,604.54 | 0.00 |

Account *******2749

|   | | | | |
|---|---|---|---|---|
| | Balance Forward | | 0.00 | |
| 20 | Deposits | | 36,296.10 | |
| 0 | Interest Postings | | 0.00 | |
| | Subtotal | $ | 36,296.10 | |
| 3 | Adjustments In | | 0.45 | |
| 1 | Transfers In | | 8,752.83 | |
| | Total | $ | 45,049.38 | |

| 2 | Checks | | 36.54 |
|---|---|---|---|
| 10 | Adjustments Out | | 408.30 |
| 1 | Transfers Out | | 44,604.54 |
| | Total | $ | 45,049.38 |

Memo Allocation Receipts:          0.00
Memo Allocation Disbursements:   -   0.00

Memo Allocation Net:          0.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 11
Exhibit 9

Case No.: 10-07791 -ERW
Case Name: MULCAHY, TIMOTHY R.
MULCAHY, KATHERINE A.

Taxpayer ID No: ******9933
For Period Ending: 06/16/14

Trustee Name: Joseph A. Baldi
Bank Name: Congressional Bank
Account Number / CD #: ******2749  Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | Report Totals | | | | |
|---|---|---|---|---|---|---|---|
| | | | Balance Forward | | 0.00 | | |
| | | | 24  Deposits | | 49,431.45 | 21  Checks | 48,988.52 |
| | | | 5  Interest Postings | | 0.15 | 13  Adjustments Out | 443.53 |
| | | | | | | 2  Transfers Out | 53,357.37 |
| | | | Subtotal | $ | 49,431.60 | Total | $ 102,789.42 |
| | | | 3  Adjustments In | | 0.45 | | |
| | | | 2  Transfers In | | 53,357.37 | | |
| | | | Total | $ | 102,789.42 | Net Total Balance | $ 0.00 |

Total Allocation Receipts: 4,373.10
Total Allocation Disbursements: 0.00

Total Memo Allocation Net: 4,373.10

Ver: 18.00