UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Alfonso Zuniga, | ) | Case No. 10 B 07791 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Judge Donald R. Cassling |
| | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL**

To:   See Attached Service List

　　　PLEASE TAKE NOTICE that the United States Trustee's FINAL ACCOUNT AND APPLICATION TO CLOSE AND DISCHARGE TRUSTEE (Document # 37) previously filed on July 14, 2014 is withdrawn document was filed in error.

　　　　　　　　　　　　　　　　　　　　　/s/ Patrick S. Layng
　　　　　　　　　　　　　　　　　　　　　Patrick S. Layng
　　　　　　　　　　　　　　　　　　　　　US Trustee
　　　　　　　　　　　　　　　　　　　　　Office of the U.S. Trustee
　　　　　　　　　　　　　　　　　　　　　219 South Dearborn, Room 873
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois   60604
　　　　　　　　　　　　　　　　　　　　　(312) 886-7481

**CERTIFICATE OF SERVICE**

　　　I, Patrick S. Layng, US Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on July 14, 2014, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on July 14, 2014.

　　　　　　　　　　　　　　　　　　　　　/s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Glen B. Stearns
Mcguckin_m@lisle13.com

Elizabeth Placek
eplacek@robertjsemrad.com

Patrick Semrad
psemrad@robertjsemrad.com

**Parties Served via First Class Mail:**

**Alfonso Zungia**
1335 Wabican Trail
Algonquin, IL   60102