UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Alfonso Zuniga, | ) | Case No. 10 B 07791 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Judge Donald R. Cassling |
| | ) | |

### NOTICE OF WITHDRAWAL

To:   See Attached Service List

PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE AND DISCHARGE TRUSTEE** previously filed on July 14, 2014 **(Document #37)** is withdrawn.   It is withdrawn because the document was filed in error on the wrong case.

/s/ Patrick S. Layng
Patrick S. Layng, U.S. Trustee
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois   60604
(312) 886-7481

### CERTIFICATE OF SERVICE

I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on October 3, 2014, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on October 3, 2014.

/s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Glen B. Stearns
Mcguckin_m@lisle13.com

Elizabeth Placek
eplacek@robertjsemrad.com

Patrick Semrad
psemrad@robertjsemrad.com

**Parties Served via First Class Mail:**

**Alfonso Zuniga**
1335 Wabican Trail
Algonquin, IL   60102